**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

DYLAN FORD,                                               )
                                                         )
    Plaintiff,                                           )
                                                         )
v.                                                       )        Case No. CIV-26-966-D
                                                         )
RODNEYSE BICHOTTE-HERMELYN;                              )
BRIAN GOTLIEB; and                                       )
JOY CAMPANELLI,                                          )
                                                         )
    Defendants.                                          )

## <u>ORDER</u>

Plaintiff Dylan Ford, appearing pro se, brought this action against Defendants, Rodneyse Bichotte-Hermelyn, Brian Gotlieb, and Joy Campanelli. Plaintiff alleges the following in his three-sentence Complaint [Doc. No. 1]:

    1.    Brian Gotlieb and Joy Campanelli obstructed justice;

    2.    Rodneyse Bichotte-Hermelyn participated in the process; [and]

    3.    The compensation amount is to be decided by the jury.

[Doc. No. 1, at 1].

Upon review of the Complaint, the Court finds that Plaintiff has failed to comply with FED. R. CIV. P. 8(a). *See* FED. R. CIV. P. 8(a) ("A pleading that states a claim for relief must contain: (1) a short and plain statement of the grounds for the court's jurisdiction …; (2) a short and plain statement of the claim showing that the pleader is entitled to relief; and (3) a demand for the relief sought…"). Further, because Plaintiff's Complaint is so

1

devoid of substance, the Court declines to grant *sua sponte* Plaintiff leave to amend his complaint at this time.

For these reasons, Plaintiff's action is **DISMISSED WITHOUT PREJUDICE**. A separate judgment shall be entered.

**IT IS SO ORDERED** this 5th day of May, 2026.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE